# United States Court of Appeals
## For the First Circuit

No. 20-1637

JEANNETTE BUNTIN, as Administratrix and Next Friend of Oswald Hixon,

Plaintiff - Appellant,

v.

CITY OF BOSTON; JAMES MCGONAGLE; SCOTT ALTHER,

Defendants - Appellees.

Before

Kayatta, Howard and Gelpí,
Circuit Judges.

**JUDGMENT**

Entered: August 5, 2022

We have reviewed the record and the parties submissions. We affirm the denial of appellant's "motion to reopen." The motion was filed years out of time, see Fed. R. Civ. P. 59(e), 60(c)(1); and any argument to the contrary is waived for failure to develop such an argument in the opening brief. See Merrill Lynch, Pierce, Fenner & Smith, Inc. v. Flanders-Borden, 11 F.4th 12, 18 (1st Cir. 2021).

If the appellant was of the view that this court had overlooked one of her arguments in Buntin v. City of Boston, 857 F.3d 69 (1st Cir. 2017), her remedy would have been to file a petition for rehearing within 14 days of this court's judgment. See Fed. R. App. P. 40(a)(1)-(2). Having forgone that remedy, she cannot return years later to reopen the matter.

Affirmed. See 1st Cir. R. 27.0(c).

By the Court:

Maria R. Hamilton, Clerk

cc:
Winston Kendall, Nicole Marie O'Connor, John Joseph Boscia